Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–1149. Wynn v. Gilbert.**
Hamilton App. No. C–060457, 2007-Ohio-2798. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–1245. Martin v. Grange Mut. Ins. Co.**
Geauga App. No. 2007–G–2792. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–0810. State ex rel. Gebhart v. Indus. Comm.**
Franklin App. No. 06AP–362, 2007-Ohio-1496.

**2007–1411. State ex rel. Glasgow v. Mandel.**
In Mandamus.

**2007–1434. State ex rel. Bartley v. Fahey Banking Co.**
Franklin App. No. 06AP–980, 2007-Ohio-3623.

**2007–1467. State ex rel. Upton v. Indus. Comm.**
Franklin App. No. 06AP–594, 2007-Ohio-3283.